# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:15-CR-194 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **NATAWSHA DURAND** | : | |

## ORDER

AND NOW, this 10th day of August, 2017, upon consideration of defendant's unopposed Motion (Doc. 112) to Amend Conditions of Pretrial Release to Direct her to Relocate from Third Party Custodian Denise Durand to the residence of her cousin, Mykayla Carson, it is hereby ORDERED that said motion is GRANTED. Natawsha Durand shall forthwith relocate from the residence of third party custodian Denise Durand to the residence of Mykayla Carson.

All other conditions of pretrial release set forth by order of October 23, 2015 (Doc. 30) shall remain in full force and effect.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania